714 A.2d 409

**Judith SCHUMACHER and Mark E. Schumacher, her husband, Petitioners,**

v.

**Kenneth D. MILLER, Sr., Kenneth D. Miller, Jr. and W.C. McQuaide, Respondents.**

Supreme Court of Pennsylvania.

Aug. 27, 1998.

## ORDER

PER CURIAM.

AND NOW, this 27th day of August 1998, the Petition for Allowance of Appeal is granted, the Order of the Superior Court is reversed and the matter is remanded to the Court of Common Pleas of Allegheny County consistent with this Court's opinions in *Jacobs v. Halloran*, 551 Pa. 350, 710 A.2d 1098 (1998), *Marino v. Hackman*, 551 Pa. 369, 710 A.2d 1108 (1998) and *Shope v. Eagle*, 551 Pa. 360, 710 A.2d 1104 (1998).